**Opinion issued April 22, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00827-CV

————————————

## IN RE AMY L. HARBOUR, Relator

———————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————

### MEMORANDUM OPINION

Relator, Amy L. Harbour, has filed a petition for writ of mandamus contending that respondent, the Honorable Denise Pratt, abused her discretion in signing additional temporary orders in relator's suit affecting the parent-child relationship in which she seeks modification of an out-of-state order.[1]

---

[1]   The petition identifies the underlying case as *In the Interest E.C.C. and S.G.C., Children*, Cause No. 2012-10470, in the 311th District Court of Harris County. Respondent, the

We deny the petition for writ of mandamus and deny real party in interest Sean Cameron's request for sanctions. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Higley.

---

Honorable Denise Pratt, no longer holds the office of presiding judge of the 311th District Court.